No. 165.   RAY ET UX. *v.* STATE HIGHWAY COMMISSION OF KANSAS.   Sup. Ct. Kan.   Certiorari denied.   *Donald A. Bell* for petitioners.   *Robert C. Londerholm,* Attorney General of Kansas, and *Charles N. Henson, Jr.,* and *John H. Morse,* Assistant Attorneys General, for respondent.

No. 167.   SMITH *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.   *Maurice J. Walsh* and *Anna R. Lavin* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 170.   VIRTUE BROS. ET AL. *v.* COUNTY OF LOS ANGELES ET AL.   Dist. Ct. App. Cal., 2d App. Dist.   Certiorari denied.   *Louis R. Baker* for petitioners.   *Harold W. Kennedy, George W. Wakefield* and *John Geyer Tausig* for respondents.

No. 172.   JOHNSON, GOVERNOR OF MISSISSIPPI, ET AL. *v.* NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE.   C. A. 5th Cir.   Certiorari denied. *Joe T. Patterson,* Attorney General of Mississippi, and *Martin R. McLendon,* Assistant Attorney General, for petitioners.   *Robert L. Carter, Barbara A. Morris, Jack H. Young* and *Frank D. Reeves* for respondent.

No. 175.   MARK J. GERRY, INC., DBA DOVE MANUFAC-TURING CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.   *Bernard B. Laven* for petitioner.   *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.